UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAHENDRA AMIN, M.D.; Dr., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DON WINSLOW, <br><br> Defendant-Appellant. | No. 22-55872 <br><br> D.C. No. 3:21-cv-01635-L-BGS <br> Southern District of California, <br> San Diego <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellant Don Winslow and Appellee Dr. Mahendra Amin, M.D. hereby stipulate that this appeal shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 17, 2024

Respectfully submitted,

By: *Seth D. Berlin*
Seth D. Berlin
Matthew S.L. Cate
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, D.C. 20006-1157
Tel: 202.661.2200
Fax: 202.661.2299
Email: berlins@ballardspahr.com
      catem@ballardspahr.com

Robert S. Gutierrez
BALLARD SPAHR LLP

2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400
Fax: 424.204.4350
Email: gutierrezr@ballardspahr.com

*Counsel for Appellant Don Winslow*

By: *Stacey Godfrey Evans*
Stacey Godfrey Evans
Tiffany N. Watkins
John Amble Johnson
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
Tel: 770.779.9602
Fax: 404.393.2828
Email: sevans@staceyevanslaw.com
      twatkins@staceyevanslaw.com

Scott R. Grubman
CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
Tel: 404.233.4171
Fax: 404.261.2842
Email: sgrubman@cglawfirm.com

James Q. Taylor-Copeland
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619.734.8770
Fax: 619.566.4341
Email: james@taylorcopelandlaw.com

*Counsel for Appellee Dr. Mahendra Amin, M.D.*

# **ATTESTATION**

Pursuant to Circuit Rule 25-5(e), the undersigned hereby attests that all signatories concur in the filing's content and have authorized the filing.

Dated: January 17, 2024        By: *Seth D. Berlin*
                    Seth D. Berlin